# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, ) ) ) Plaintiff and ) Counter Defendant, ) ) v. ) ) BELLIN MEMORIAL HOSPITAL, INC., ) ) ) Defendant, Cross Defendant, ) and Counter Claimant, ) ) and ) ) KINSEY & KINSEY, INC., ) ) Defendant, Cross Claimant, ) and Counter Claimant. ) ) ) | Case No. 22-cv-2246 Hon. Steven C. Seeger |

## FINAL JUDGMENT

The Court hereby enters final judgment as follows.

The Court declares that the Final Judgment in the amount of $786,749.29 entered on March 9, 2022, in favor of Bellin Memorial Hospital Inc. ("Bellin") and against Kinsey & Kinsey, Inc. ("Kinsey") in Brown County, Wisconsin, Case No. 2018CV348, is not within the scope of coverage of the Cover Pro Policy No. PHSD1161594 issued by Philadelphia Indemnity Insurance Company ("PIIC") to Kinsey for the Policy Period of 8/20/2016 to 8/20/2017. Therefore, Kinsey is not entitled to a set-off pursuant to the terms of the Settlement Agreement that Bellin entered into with PIIC and Brian Thome on November 22, 2021.

Judgment is entered in favor of Bellin Memorial Hospital, Inc. (as Defendant) on Philadelphia Indemnity Insurance Company's claim (as Plaintiff).

Judgment is entered in favor of Philadelphia Indemnity Insurance Company (as Counter-Defendant) and against Bellin Memorial Hospital, Inc. (as Counter-Claimant) on Bellin Memorial Hospital, Inc.'s counterclaim.

Judgment is entered in favor of Bellin Memorial Hospital, Inc. (as Cross-Defendant) and against Kinsey & Kinsey, Inc. (as Cross-Claimant) on Kinsey & Kinsey, Inc.'s crossclaim.

Judgment is entered in favor of Philadelphia Indemnity Insurance Company (as Counter-Defendant) and against Kinsey & Kinsey, Inc. (as Counter-Claimant) on Kinsey & Kinsey, Inc.'s counterclaim.

Date: December 12, 2023

Steven C. Seeger
United States District Judge